UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-00038-RJC

| | |
|---|---|
| KEITH EUGENE MANN, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security Administration, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Third Motion for Extension of Time of Scheduling Order Deadlines, (Doc. No. 9). For good cause shown, and noting that Defendant consents to the motion, Plaintiff's motion will be granted.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Third Motion for Extension of Time, (Doc. No. 9), is **GRANTED**. Plaintiff's Motion for Summary Judgment and Supporting Brief are due by July 28, 2017. Defendant's Motion for Summary Judgment and Supporting Brief are due 60 days after the filing of Plaintiff's Motion for Summary Judgment. Plaintiff's Second Motion for Extension of Time, (Doc. No. 8), is **DISMISSED as moot**.

Signed: July 26, 2017

Robert J. Conrad, Jr.
United States District Judge